■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT GALLIGAN, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Seidell, J.), rendered July 2, 1981, convicting him of burglary in the first degree, assault in the second degree, sodomy in the first degree, rape in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. There was sufficient evidence to establish defendant's guilt beyond a reasonable doubt. The trial court's ruling with respect to the inadmissibility of an alleged expert's testimony was clearly within its discretion (*Felt v Olson,* 74 AD2d 722, affd 51 NY2d 977). Defendant's other allegations of error are either unpreserved or without merit. Mollen, P. J., Titone, Bracken and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLY JEAN, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Eiber, J.), imposed August 3, 1981. Sentence affirmed (see *People v Suitte,* 90 AD2d 80). This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Gibbons and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD NEIL-SON, Appellant. — Judgment of the County Court, Rockland County (Miller, J.), rendered March 31, 1982, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). O'Connor, J. P., Weinstein, Bracken and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAVARIO PA-LUMBO, Appellant. — Judgment of the Supreme Court, Kings County (Cooper-man, J.), rendered September 17, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Bracken and Brown, JJ., concur.